# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATHEW J. LEPETICH, ET AL.** | **CIVIL ACTION** |
| **VS.** | |
| **BURNETT & COMPANY, INC.,** | **JUDGE** |
| **CERTAIN UNDERWRITERS AT** | |
| **LLOYD'SOF LONDON,** | |
| **LIBERTY MUTUAL INSURANCE** | |
| **COMPANY, WATER QUALITY** | **MAG. JUDGE** |
| **INSURANCE SYNDICATE, and** | |
| **GEMINI INSURANCE COMPANY** | |

## MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs listed herein below who file this Master Complaint, as follows:

I.

Made Plaintiffs herein are:

1.  **Mathew J. Lepetich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

2.  **M.J. Lepetich Oysters, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

3.  **M. J. Lepetich Marine, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

4.  **Braco Madjor**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

5.  **Edward Kurtich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

6.      **Michelle Baralt**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

7.      **Shallow Reef Partnership**, a Louisiana partnership appearing through and represented by its authorized partners, Braco Madjor, Edward Kurtich and Ivo Bilich.

8.      **Muddy Waters**, a Louisiana partnership appearing through and represented by its authorized partners Braco Madjor, Edward Kurtich and Ivo Bilich.

9.      **Madjor & Madjor**, a Louisiana partnership appearing through and represented by its authorized partner, Braco Madjor.

10.    **KBM Leases**, a Louisiana partnership appearing through and represented by its authorized partners Braco Madjor, Edward Kurtich, and Ivo Bilich.

11.    **Braco Madjor and Ivo Bilich Partnership**, a Louisiana partnership appearing through and represented by its authorized partners, Braco Madjor and Ivo Bilich.

12.    **Bilich, Kurtich & Madjor Partnership**, a Louisiana partnership appearing through and represented by its authorized partners, Braco Madjor, Edward Kurtich, and Ivo Bilich.

13.    **Kurtich & Madjor**, a Louisiana partnership appearing through and represented by its authorized partners, Braco Madjor and Edward Kurtich.

14.    **Braco Madjor & Ivo Bilich**, a Louisiana partnership appearing through and represented by its authorized partners, Braco Madjor and Ivo Bilich.

15.    **Pavo Rilovich & Braco Madjor**, a Louisiana partnership appearing through and represented by its authorized partner, Braco Madjor.

16.    **Boat Chu Chuu, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

17.    **M/V Chicago, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

18.     **Eddie's Quality Oysters, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

19.     **Kuzma I. Tesvich, Jr.**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

20.     **Ivo A. Tesvich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

21.     **Tesvich Oyster Corporation**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

22.     **Kuzma Seput**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

23.     **Marija Seput**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

24.     **Seput Industries, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

25.     **Jurisich Oysters, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the Parish of Plaquemines, State of Louisiana.

26.     **Mitchell B. Jurisich, Jr.**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

27.     **Frank J. Jurisich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

28.     **Dannell B. Jurisich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

29.     **Grasshopper Oysters, Inc.**, a Louisiana corporation licensed to do and doing business in the Parish of Plaquemines, State of Louisiana.

30.     **Prince Charming, Inc.**, a Louisiana corporation licensed to do and doing business in the Parish of Plaquemines, State of Louisiana.

31.     **Danica Ansardi**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

32.     **Kuzma Petrovich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

33.     **Penelope Petrovich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

34.     **Matthew Slavich,** a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

35.     **Jozo Slavich**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

36.     **Terrance M. Shelley**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

37.     **Brandi M. Shelley**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

38.     **Terri Lynn Shelley**, a person of full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

39.     **The Terry Shelley & McAnspy Partnership**, a Louisiana partnership appearing through and represented by its authorized partners, Terrance Shelley and Henry McAnspy.

40.     **The Shelley Co., Inc.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

41.     **Terry Shelley Oysters Inc.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

42.     **Venture Oysters, Inc.,** a business corporation formed under the laws of the State of Louisiana, authorized to do business and doing business in the Parish of Plaquemines, State of Louisiana.

43.     **Taco Inc.,** a business corporation formed under the laws of the State of Louisiana, authorized to do business and doing business in the Parish of Plaquemines, State of Louisiana.

44.     **John Tesvich,** a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

45.     **Eva Vujnovich,** a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

46.     **Succession of Peter Vujnovich**, represented herein by Eva Vujnovich, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

47.     **Raymond P. Armstrong, Jr.,** a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

48.     **Estate of Raymond P. Armstrong, Sr.,** represent herein by Raymond P. Armstrong, Jr., under administration in the 25th Judicial District Court for the Parish of Plaquemines as No. 54-533.

49.     **J and R Oysters, LLC**, a Louisiana Limited Liability Company, authorized to do business and doing business in the Parish of Plaquemines, State of Louisiana.

50.     **Joyce F. Kurtich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

51.     **Anita F. Cognevich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

52.     **Matthew J. Farac, III**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

53.     **Maja Farac Thompson**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

54.     **Tereza Tesvich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

55.     **William Earl Van Meter**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

56.     **A I T, Inc.**, is a business corporation formed under the laws of the State of Louisiana, authorized to do business and doing business in the Parish of Plaquemines, State of Louisiana.

57.     **Patsy Pannagl**, a person of the full age of majority and domiciled in the Parish of Terrebonne, State of Louisiana.

58.     **Sammi P. Spence**, a person of the full age of majority and domiciled in the Parish of Terrebonne, State of Louisiana.

59.     **Domenica Cibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

60.     **Port Sulphur Fisheries, Inc.**, a business corporation formed under the laws of the State of Louisiana, authorized to do business and doing business in the Parish of Plaquemines, State of Louisiana.

61.     **Luke Cibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

62.     **Melissa Jorden**, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

63.     **Skansi Properties, LLC,** a Louisiana limited liability company, licensed to do business and doing business in the Parish of Plaquemines, State of Louisiana.

64.     **Dixie Coast Oyster Company**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

65.     **C and G Oysters, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

66.     **Raw Oysters, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

67.     **Oyster Eagle, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

68.     **Oyster Eagle 2, L.L.C.**, a Louisiana limited liability company licensed to do and doing business in the State of Louisiana.

69.     **David P. Cvitanovich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

70.     **Teresa H. Cvitanovich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

71.     **Nedjelko Tesvich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

72.     **Damjan Tesvic**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

73.     **Jeffrey P. Gallet, Jr**., a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

74.     **Kerry M. Despaux**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

75.     **James Cappiello**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

76.     **Michael Scott Ancar**, a person of the full age of majority and domiciled in the Parish of Terrebonne, State of Louisiana.

77.     **Johnny Ancar**, a person of the full age of majority and domiciled in the Parish of Terrebonne, State of Louisiana.

78.     **Doctor Beatrous Boats, L.L.C.**, a limited liability company organized under the laws of the State of Louisiana and domiciled in Terrebonne Parish, Louisiana.

79.     **Eagle Oysters, L.L.C.**, a limited liability company organized under the laws of the State of Louisiana and domiciled in Terrebonne Parish, Louisiana.

80.     **Grand Lake Oyster Company, Inc.**, a corporation organized under the laws of the State of Louisiana and domiciled in Terrebonne Parish, Louisiana.

81.     **Jennie V's Seafood, L.L.C.**, a limited liability company organized under the laws of the State of Louisiana and domiciled in Terrebonne Parish, Louisiana.

82.     **Napoleon Premium Oysters, L.L.C.**, a limited liability company organized under the laws of the State of Louisiana and domiciled in Plaquemines Parish, Louisiana.

83.     **P & A Oysters, L.L.C.**, a limited liability company organized under the laws of the State of Louisiana and domiciled in Terrebonne Parish, Louisiana.

84.     **Carolyn F. Gainey**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

85.     **Russel H. Gainey**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

86.     **Darla K. Rooks**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

87.     **Roland T. Phillips**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

88.     **Marsha Phillips**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

89.     **Jonathan Phillips**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

90.     **Craig W. Alexis**, a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

91.     **Evelyn B. Book**, a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

92.     **Vatroslav Garbin**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

93.     **Valerie L. Garbin**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

94.     **Europe II Oysters, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

95.     **Capt. Jacob, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

96.     **Mario Vodopic**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

97.     **Vodopic, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

98.     **Anton Popich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

99.     **Mary Zibilich**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

100.    **Anna Zibilich**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

101.    **Kuzma Zibilich**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

102.    **Stanka Zibilich**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

103.    **Danijel Dekovic**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

104.    **Vanessa Dekovic**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

105.    **Capt. Marko, LLC**, a Louisiana limited liability company, licensed to do business and doing business in the State of Louisiana.

106.    **Michael Ivic**, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

107.    **Carolyn K. Falgout**, a person of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana.

108.    **Westside Oyster Farms, Inc.**, a Louisiana corporation licensed to do and doing business in the State of Louisiana.

109.    **Jure Slavic**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

110.    **Milenko Zibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

111.    **Dome Zibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

112.    **Katherine Ziblich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

113.    **Cecilia Smith**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

114.    **Maria Nikolovski**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

115.    **Cecilia Rilovich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

116.    **Hranislava S. Zibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

117.    **Daniel M. Zibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

118.    **Cecelia Z. Lanaux**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

119.    **Dome M. Milenko**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

120.    **Katherine M. Zibilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

121.    **Cecilia D. Ziblich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

122.    **Ivo Bilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

123.    **Mary G. Bilich**, a person of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana.

124.    **Bilich & Bilich Partnership**, a Louisiana partnership appearing through and represented by its authorized partners, Ivo Bilich and Mary G. Bilich.

II.

Made Defendants herein are:

1.    **Burnett & Company, Inc.**, a Louisiana insurance corporation with its principal place of business in New Orleans, Louisiana, and

2.    **Certain Underwriters at Lloyd's of London**, citizens of London, England, United Kingdom, subscribing to Policy No. 2PKGH9013,

3.    **Liberty Mutual Insurance Company**, a Massachusetts insurance corporation authorized to do and doing business in New Orleans, Louisiana,

4.    **Water Quality Insurance Syndicate**, a marine insurance syndicate organized and existing under the laws of the State of New York composed of marine insurance companies known as Syndicate Subscribers, and

5.    **Gemini Insurance Company**, a Delaware insurance corporation authorized to do and doing business in New Orleans, Louisiana.

III.

Defendants are insurers who issued policies of insurance, including, but not limited to; for Burnett & Company, Inc. and Certain Underwriters at Lloyd's of London, Policy No. 2PKGH9013; for Liberty Mutual Insurance Company, Policy No. 3HAALOL0002 and 3H618481008; for Water Quality Insurance Syndicate, Policy No. 4851002; and for Gemini Insurance Company, Policy No. JGH2002001 ("the Policies") insuring Swift Energy Company and Swift Energy Operating, L.L.C. for the damages incurred by Plaintiffs.

IV.

Pursuant to the Louisiana Direct Action Statute, La. R.S. 22:1269, Plaintiffs have a right of direct action against the Defendants under the Policies.

V.

At all times pertinent hereto, Swift Energy Operating, L.L.C. was the owner of the M/V SEA RAIDER.

VI.

At all times pertinent hereto, Swift Energy Operating, L.L.C. was the owner and operator of Lake Washington Field Cockrell Moran 183 Well ("CM 183").

VII.

At all times pertinent hereto, Swift Energy Company contracted with a third party to operate the M/V SEA RAIDER.

VIII.

At all times pertinent herein certain Plaintiffs had a proprietary interest in and were the lease holders of certain state water bottoms for oyster bedding purposes located in Harvest Area 11 in the Parish of Plaquemines, State of Louisiana, pursuant to the provisions of LSA R.S. 56:421, et seq. (hereinafter referred to as "Oyster Leases").

IX.

At all times pertinent herein certain Plaintiffs were the owners of certain vessels used for the purpose of harvesting and cultivating oysters from the Oyster Leases.

X.

At all time pertinent herein certain Plaintiffs were harvesters and wholesalers of oysters in Harvest Area 11.

XI.

Plaintiffs earn a living and/or income as commercial oyster harvesters and wholesalers and their fishing operations significantly and directly involve Harvest Area 11 and the Oyster Leases.

XII.

Plaintiffs' Oyster Leases are highly suitable for oyster cultivating and bedding purposes.

XIII.

Plaintiffs' Oyster Leases in Plaquemines Parish have sustained damage as a result of the incidents set forth herein.

XIV.

On February 26, 2013, the M/V SEA RAIDER struck the CM 183 causing raw crude oil and other contaminants to be released into the waters which engulfed the immediate vicinity, including Plaintiffs' Oyster Leases (hereinafter "the Incident").

XV.

The Incident was caused by the negligent maintenance and operation of the M/V SEA RAIDER, including, but not limited to, deficiencies in the radar system, deficiencies in the GPS system, and defects in the spot light aboard the vessel, and the negligent maintenance of the CM 183 Well, including, but not limited to, the lack of an aid to navigation light on the CM 183 Well.

XVI.

The Incident caused damage to the Oyster Leases and oysters thereon and other harmful effects to the water and water bottoms on said Oyster Leases, and on the oyster leases located nearby, and also caused damage to portions of said water bottoms and oyster leases so as to make the Oyster Leases unsuitable for oyster cultivation purposes.

XVII.

As a result of the Incident, the Louisiana Department of Health and Hospitals and the Louisiana Department of Wildlife and Fisheries Commission closed Harvest Area 11 to oyster harvesters from February 27, 2013 to March 16, 2013, thus preventing Plaintiffs from harvesting oysters from the Oyster Leases and selling oysters from Harvest Area 11 during that time period.

XVIII.

As a result of the Incident, Plaintiffs were unable to harvest and sell oysters from the Oyster Leases in Harvest Area 11.

XIX.

At all times pertinent hereto, Swift Energy Operating, L.L.C. owned, operated, had the care, custody and control of and/or supervised the activities and maintenance of the M/V SEA RAIDER.

XX.

At all times pertinent hereto, Swift Energy Operating, L.L.C. owned, operated, had the care, custody and control of and/or supervised the activities and maintenance of the CM 183 Well.

XXI.

The activities of Swift Energy Company and Swift Energy Operating, L.L.C. were the sole and proximate cause of Plaintiffs' damages, including, but not limited to, a dramatic increase in oyster mortality rates on or over the Oyster Leases and the destruction of and damage to the Oyster Leases and water bottoms so as to make the Oyster Leases and water bottoms unsuitable for oyster cultivation purposes.  Said increased oyster mortality rates and the damage and destruction of the Oyster Leases and water bottoms have resulted and will result in severe losses of income to Plaintiffs.

XXII.

The activities of Swift Energy Company and Swift Energy Operating, L.L.C. were the sole and proximate cause of the closure of Harvest Area 11.

XXIII.

The activities of Swift Energy Company and Swift Energy Operating, L.L.C. were the sole and proximate cause of Plaintiffs inability to harvest and sell oysters from the Harvest Area 11 and the Oyster Leases. Said closure of Harvest Area 11 to oyster harvesters resulted in a severe loss of income to Plaintiffs.

XXIV.

The aforementioned economic damages, increased oyster mortality rates, and the accompanying oyster lease and water bottom damage and destruction were further caused by the oil spill which was the direct result of the negligent acts of Swift Energy Company and Swift Energy Operating, L.L.C., including their negligent failure to maintain the M/V SEA RAIDER, their negligent failure to maintain the CM 183 Well, and by other acts or omissions of negligence that will be shown at the trial of this matter.

**OIL POLLUTION ACT**

XXV.

The Oil Pollution Act, 33 U.S.C. §2701, et seq., imposes liability upon a "responsible party for a . . . facility from which oil is discharged . . . into or upon navigable waters or adjoining shorelines" for the damages that result from such incident as well as removal costs. 33 U.S.C. § 2702.

XXVI.

After the Incident, Swift Energy Company and Swift Energy Operating, L.L.C., were designated as "Responsible Parties" by the U.S. Coast Guard under the Oil Pollution Act of 1990, 33 U.S.C. § 2714.

XXVII.

Pursuant to the Oil Pollution Act, Swift Energy Company and Swift Energy Operating, L.L.C. are liable for the damages to Plaintiffs alleged herein.

XXVIII.

Plaintiffs itemize their damages as follows, to-wit:

1.     Damage to and destruction of oysters and Oyster Leases and water bottoms, including lost value of oysters;

2.     Diminution of the value of Plaintiffs' leasehold interest after the aforementioned acts of the Swift Energy Company and Swift Energy Operating, L.L.C.;

3.     Restoration and/or replacement costs of natural resources damaged or destroyed as a result of the acts of Swift Energy Company and Swift Energy Operating, L.L.C., including reefs, water bottoms and shell plants;

4.     Loss of income due to Plaintiffs' inability to harvest oysters from the Oyster Leases;

5.     Loss of income due to Plaintiffs' inability to sell oysters harvested from the Oyster Leases;

6.     Any and all other damages which will be shown at the trial of this matter.

XXIX.

All the damages incurred herein and all the negligent acts and omissions of Swift Energy Company and Swift Energy Operating, L.L.C. occurred in the Parish of Plaquemines, State of Louisiana and within the jurisdiction of this Court.

## PUNITIVE DAMAGES

XXX.

Plaintiffs hereby allege that the conduct of Swift Energy Company and Swift Energy Operating, L.L.C. underlying the Incident as set forth herein rises to the level of gross negligence and/or willful, wanton, or reckless conduct such that Plaintiffs are entitled to punitive damages.

## DIRECT ACTION AGAINST INSURERS

XXXI.

Defendants insure Swift Energy Company and Swift Energy Operating, L.L.C. for the claims alleged herein.

XXXII.

Pursuant to La. R.S. 22:1269, Defendants are liable to Plaintiffs under the Policies.

## JURISDICTION AND VENUE

XXXIII.

This Honorable Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1331, 28 U.S.C. §1333, Rule 9(h) of the Federal Rules of Civil Procedure, and the provisions of the Oil Pollution Act of 1990, 33 U.S.C. §2717. The Court has pendent jurisdiction and supplemental jurisdiction over any state law claims alleged in this Complaint pursuant to 28 U.S.C. § 1367.

XXXIV.

Venue is proper in this Court as a substantial part of the events or omissions giving rise to the claim occurred within the jurisdiction of this Honorable Court, pursuant to 28 U.S.C. §1391(b)(2). Venue is also appropriate in this District pursuant to the Oil Pollution Act, 33 U.S.C. § 2717 (b), because the discharge, injuries and damages occurred in this District.

**WHEREFORE**, Plaintiffs further prays for judgment in favor of Plaintiffs and against Defendants, Burnett & Company, Inc., Certain Underwriters at Lloyd's of London, Liberty Mutual Insurance Company, Water Quality Insurance Syndicate, and Gemini Insurance Company, in solido, for all reasonable, general, special, and punitive damages as are reasonable in the premises, plus interest, attorney's fees, all costs for the prosecution of this claim, and for all other general and equitable relief.

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW

___/s/ Corey E. Dunbar_____
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com
Counsel for Plaintiffs, Mathew J. Lepetich,
M. J. Lepetich Oysters, L.L.C., M. J.
Lepetich Marine, L.L.C. Braco Madjor,
Edward Kurtich, Michelle Baralt, Shallow
Reef Partnership, Muddy Waters, Madjor &
Madjor, KBM Leases, Braco Madjor and
Ivo Bilich Partnership, Bilich, Kurtich &
Madjor Partnership, Kurtich & Madjor
Partnership, Braco Madjor & Ivo Bilich,
Pavo Rilovich & Braco Madjor, Boat Chu
Chuu, L.L.C., M/V Chicago, L.L.C., Kuzma
I. Tesvich, Jr., Ivo A. Tesvich, Tesvich
Oyster Corporation, Kuzma Seput, Marija
Seput, Seput Industries, L.L.C. Jurisich
Oysters, L.L.C., Mitchell B. Jurisich, Jr.,
Frank J. Jurisich, Dannell B. Jurisich,
Grasshopper Oysters, Inc., Prince Charming,
Inc., and Danica Ansardi

AND

BECNEL LAW FIRM, LLC

___/s/ Salvadore Christina_____
Daniel E. Becnel, Jr. (2926)
Salvadore Christina (27198)
P.O. Drawer H
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
Counsel for Plaintiffs, Kuzma and Penelope
Petrovich

AND

SCHEUERMANN & JONES, LLC

___/s/ Joshua L. Rubenstein_____
LAWRENCE BLAKE JONES (7495)
JOSHUA L. RUBENSTEIN (25229)
DAVID C. WHITMORE (17864)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
Jones@nola-law.com
Jrubenstein@nola-law.com
Dcw@nola-law.com
Counsel for Plaintiffs, Terrance M. Shelley,
The Terry Shelley & Henry McAnspy
Partnership, The Shelley Co., Inc., Terry's
Oysters, Inc., Brandi M. Shelley And Terri
Lynn Shelley

AND

GARBIN LAW FIRM, LLC

___/s/ V. Jacob Garbin_____
V. JACOB GARBIN (27808)
535 Derbigny Street
Gretna, Louisiana 70053
jacob@garbinlaw.com
Counsel for Vatroslav Garbin, Valerie L.
Garbin, Europe II Oysters, Inc., Capt. Jacob,
Inc., Mario Vodopic, Vodopic, Inc., Anton
Popich, Mary Zibilich, Anna Zibilich,
Kuzma Zibilich, Stanka Zibilich, Danijel
Dekovic, Vanessa Dekovic, Capt. Marko,
LLC, Michael Ivic, Carolyn K. Falgout, and
Westside Oyster Farms, Inc.

AND

SCANDURRO & LAYRISSON, L.L.C.

  /s/ Dewey M. Scandurro
Dewey M. Scandurro, Bar #23291, T.A.
Timothy D. Scandurro, Bar #18424
607 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-7100
Facsimile: (504) 529-6199

LAW OFFICE OF JAMES F. GASQUET, III, A LIMITED LIABILITY COMPANY

  /s/ James F. Gasquet, III
James F. Gasquet, III, Bar No.26294
129 Chancellor Drive, P.O. Box 279
Belle Chasse, LA 70037
Telephone: (504) 394-5584
Counsel for Plaintiffs, Michael Scott Ancar, Johnny Ancar, Doctor Beatrous Boats, L.L.C., Eagle Oysters, L.L.C., Grand Lake Oyster Company, Inc., Jennie V's Seafood, L.L.C., Napoleon Premium Oysters, L.L.C., and P & A Oysters, L.L.C., Craig W. Alexis and Evelyn B. Book, Roland T. Phillips, Marsha Phillips, Jonathan F. Phillips, Carolyn F. Gainey, Russel H. Gainey, and Darla K. Rooks

AND
TOUZET LAW FIRM

  /s/ Jacque Touzet
Jacque Touzet (26535)
jacque@touzetlaw.com
Carolyn Hennesy (25089)
hennesylaw@gmail.com
825 Baronne Street
New Orleans, LA 70113
Telephone: (504)569-8689
Facsimile: (504)524-6335
Counsel for Plaintiffs, Jozo Slavic and Matthew Slavic

AND

WHALEY LAW FIRM

  /s/ John Randall Whaley
JOHN RANDALL WHALEY
3112 Valley Creek Drive, Suite D
Baton Rouge, LA 70808
Telephone: 225.302.8810
Facsimile: 225.302.8814
La. Bar Roll No. 25930
jrwhaley@whaleylaw.com
Counsel for Plaintiffs, Jure Slavic, Milenko Zibilich, Dome Zibilich, Katherine Ziblich, Cecilia Smith, Maria Nikolovski, Cecilia Rilovich, Hranislava S. Zibilich, Daniel M. Zibilich, Cecelia Z. Lanaux, Dome M. Milenko, Katherine M. Zibilich, Cecilia D. Ziblich, Ivo Bilich, Mary G. Bilich, and Bilich & Bilich Partnership

AND

COSSICH, SUMICH PARSIOLA & TAYLOR, LLC

  /s/ Mark E. Kaufman
Brandon J. Taylor, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Tel. (504)394-9000
Fax. (504)394-9110
Counsel for Plaintiffs, Joyce Kurtich, Maya F. Thompson, Anita F. Cognevich, Matthew J. Farac, III, Raymond P. Armstrong, Jr., The Estate of Raymond P. Armstrong, Sr., J and R Oysters, LLC, Sammi Spence, Patsy Pannagl, John A. Tesvich, Tereza Tesvich, Domenica Cibilich, Luke Cibilich, Melissa C. Jorden, Port Sulphur Fisheries, Inc., TACO, Inc., AIT, Inc., Venture Oysters, Inc., Eva Vujnovich, Peter Vujnovich, Jr.

AND

BALLAY, BRAUD & COLON, PLC

   /s/ S. Jacob Braud
S. JACOB BRAUD (28318)
8114 Highway 23
Belle Chasse, LA 70037
Telephone: (504) 394-9841
Facsimile: (504) 394-9945
Jaocb@NolaAttorneys.com
Counsel for Plaintiffs, C and G Oysters,
Inc., Dixie Coast Oyster Company, David P.
Cvitanovich, Teresa H. Cvitanovich, Oyster
Eagle, L.L.C., Oyster Eagle 2, L.L.C., Raw
Oysters, Inc., Damjan Tesvich, James
Cappiello, Jeffrey P. Gallet, Jr., Kerry M.
Despaux and Nedjelko Tesvich